IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00161-MR

| | |
|---|---|
| **PRINCIPAL LIFE INSURANCE COMPANY,** ) ) ) ) **Plaintiff,** ) ) vs. ) ) **DIONNE FOLEY, individually and in capacity as Guardian of Daniel Foley, III,** ) ) ) ) **Defendant.** ) ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On June 23, 2023, the Plaintiff initiated this action against the Defendant Dionne Foley, both individually and in her capacity as the guardian of Daniel Foley, III, a disabled adult. [Doc. 1]. On July 12, 2023, the Plaintiff filed an Affidavit of Service indicating that the Defendant had been served on July 1, 2023. [Doc. 3]. To this date, however, the Defendant has not made an appearance or otherwise defended this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant Dionne Foley. The Plaintiff

is advised that failure to take further action against the Defendant will result in the dismissal of this action without prejudice without further Order.

**IT IS SO ORDERED.**

Signed: September 19, 2023

Martin Reidinger
Chief United States District Judge